BRM:ass

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO.

**00-6169**
**CR-ZLOCH**

MAGISTRATE JUDGE
SELTZER

IN RE: GRAND JURY 00-1 FTL   )
_____ )

### MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, moves this Honorable Court for an Order sealing the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Motion to Seal and Sealing Order, with the exception that copies of the Warrant for Arrest be provided to the U.S. Marshal's Service and the United States Department of State with respect to the above-captioned matter until such time as the defendant is arrested or further order of the Court. The government is requesting that this indictment be sealed because it believes the defendant may flee if he becomes aware of the pending indictment.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255 Ext. 3511
Facsimile:   (954) 356-7336

