UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6169**
18 U.S.C. § 911
18 U.S.C. § 1542

CR-ZLOCH

UNITED STATES OF AMERICA,  :

v.  :  MAGISTRATE JUDGE SELTZER

ISHMEAL HENRY,  :

   Defendant.  :
_____ /

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about November 12, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ISHMEAL HENRY,**

an alien, did falsely and willfully represent himself to be a citizen of the United States, in that he presented a birth certificate from the Virgin Islands of the United States, claiming it to be his own birth certificate, in an attempt to induce and secure the issuance of a United States passport, in violation of Title 18, United States Code, Section 911.

### COUNT II

On or about November 12, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ISHMEAL HENRY,**



did knowingly and willfully make a false statement in an application for a passport with intent to induce and secure, for his own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated his place of birth was St. Thomas, Virgin Islands of the United States, and that he was a United States citizen, when in truth and in fact, and as the defendant then and there well knew, he was not born in St. Thomas, Virgin Islands of the United States, and was not a citizen of the United States, in violation of Title 18, United States Code, Section 1542.

A TRUE BILL:

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

ISHMAEL HENRY

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**
New Defendant(s)   Yes ____   No ____
Number of New Defendants  ____
Total number of counts  ____

**Court Division:** (Select One)

____ Miami   ____ Key West
_X_ FTL   ____ WPB  ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) _No_
   List language and/or dialect  _English_

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)   (Check only one)

   I    0 to 5 days       _X_   Petty       ____
   II   6 to 10 days      ____  Minor       ____
   III  11 to 20 days     ____  Misdem.     ____
   IV   21 to 60 days     ____  Felony      _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _x_ No  If yes, was it pending in the Central Region? ___ Yes _ No

BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171

\*Penalty Sheet(s) attached

REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: ISHMAEL HENRY      No.: _____

Count # 1:

False Claim of Citizenship; in violation of 18 U.S.C. § 911

*Max Penalty:    3   years' imprisonment; $ 250,000 fine

Count # 2:

False Statement on application for passport; in violation of 18 U.S.C. § 1542

*Max Penalty:    10   years' imprisonment; $ 250,000 fine

Count #:

_____

*Max Penalty:

Count #:

_____

*Max Penalty:

Count # :

_____

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96