## *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

Ishmael Henry

FILED by D.C.
JUN 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**WARRANT FOR ARREST**

CASE NUMBER: **00-6169**
**- CR - ZLOCH**
MAGISTRATE JUDGE
SELTZER

**TO:  The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ Ishmael Henry _____
                                                            Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) False claim of citizenship and false statement in application for passport,

in violation of Title 18 United States Code, Section(s) 911 and 1542 _____

Clarence Maddox
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-trial detention - requested

Clerk of the Court
Title of Issuing Officer

June 22, 2000, Fort Lauderdale, Florida
Date and Location

by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |