53582-004

Attachment B

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ) CASE NUMBER: CR 00-6169-CR-2(acH

                Plaintiff )

)

      -vs- ) REPORT COMMENCING CRIMINAL

) ACTION

Ishmael Heng )

                Defendant  53852-004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: CLERK'S OFFICE   ~~MIAMI~~   FT. LAUDERDALE   W. PALM BEACH

    U.S. DISTRICT COURT   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES

    COURT ABOVE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 7/1/00   1300   a.m./p.m.

(2) LANGUAGE(S) SPOKEN: English

(3) OFFENSE(S) CHARGED: Perjury, False Claim USC, Passport Fraud

(4) UNITED STATES CITIZEN: ( )YES  (X)NO  ( )UNKNOWN

(5) DATE OF BIRTH: 7

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [X] INDICTMENT   [ ] COMPLAINT   CASE #_____
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PAROLE VIOLATION WARRANT