U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 07/10/2000    TIME:    9:30 AM

**DEFT.**    ISHMEAL HENRY      (J)          **CASE NO.** 00-6169-CR-ZLOCH/SELTZER

**AUSA.**    Neil Karadbil / BERTHA MITRANI          **ATTY.** APD - Lori Barnett

(STAT DEPT.)
**AGENT.** BRANDON LEE-DIPLOMATIC SVC.          **VIOL.**    18:911, 1542

**PROCEEDING**    INITIAL HEARING          **BOND.**    PTD (REQUESTED BY GOVT)

**DISPOSITION**    Initial

Case Unsealed in Open Court.

Deft present - Sworn Test.

Indictment read to deft & advised of his rights

Court questions deft, finds him indigent &

appts APD.

Detention & Arraignment set for Friday, 7-14-00

@ 11:00 AM in Ft. Laud before Duty Mag. Judge.

DATE:    7-10-00                TAPE:    AEV 00-41-2533