| | | | |
|---|---|---|---|
| DEFT: | ISHMAEL HENRY (J)# | CASE NO: | 00-6169-CR-Zloch |
| AUSA: | Bertha Mitrani *present* | ATTNY: | FPD Bob Berube |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD HEARING/ Arraignment | BOND REC: | |

BOND HEARING HELD - yes/(no)    COUNSEL APPOINTED:

BOND SET @ $250,000 Corp Surety w/ nebebia

CO-SIGNATURES:

[FILED by __ D.C. / JUL 14 2000 / CLARENCE MADDOX / CLERK U.S. DIST. CT. / SD. OF FLA. FT. LAUD.]

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

No Bond hrg held

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded ✓
Standing Discovery Order requested

No tapes or transcripts
Both sides stipulate
to a CSB w/. nebebia—
reserving right to
proceed w/. PTD hearing
at a later date

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | | JUDGE: |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 7-28-00 | 11:00am | Seltzer ✓ | |
| DATE: | 7-14-00 | TIME: | 9:00 am  end 9:15 am | TAPE # 00-058  PG # 730-830 |