FILED by_____ D.C.
JUL 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6169-CR-Zloch

UNITED STATES OF AMERICA

vs

Ishmael Henry                    ARRAIGNMENT INFORMATION SHEET

    The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on ___7-14-00___, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | |
|---|---|
| DEFENDANT: | Address: _In custody_ |
| | Telephone: |
| DEFENSE COUNSEL: | Name: _FPD_ |
| | Address: |
| | Telephone: |

BOND SET/CONTINUED: $ _250,000 Corp. surety w/nebbia stipulated- Both parties reserving right to proceed with PTD hearing at a later date._

Bond hearing held: yes____  no__X__  Bond hearing set for___--_____

Dated this ___14___ day of _____July_____, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _[signature]_
Deputy Clerk

Tape No. _00-058_

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services