

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6169-CR-ZLOCH

UNITED STATES OF AMERICA

v.

ISHMAEL HENRY

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                                  COURTROOM A
299 E. BROWARD BLVD.                      DATE & TIME:
FT. LAUDERDALE, FL 33301        August 17, 2000 at 1:30 PM

CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL
ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: August 3, 2000

cc:
Bertha Mitrani, Esq., AUSA
Martin Bidwill, Esq., AFPD

