UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
AUG 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

CASE NUMBER 00-6168-CR-Zloch   DATE 8-17-00

CLERK Carolina Newby   REPORTER Carl Schanzleh

PROBATION ___   INTERPRETER ___

UNITED STATES OF AMERICA v. Ishmeal Henry

U. S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Martin Bidwill

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 2

RESULT OF HEARING Deft entered plea of guilty to Count 2

JUDGMENT Court accepted plead adjudged deft guilty to Count 2

CASE CONTINUED TO 11-17-00   TIME 9:30   FOR Sentencing

MISC Written Plea Agreement

20