# UNITED STATES DISTRICT COURT

FILED by _____ D.C.
AUG 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

__Southern__ DISTRICT __of Florida__

00-6169-CR-Zloch

Defendant's Waiver of Preparation of Presentence
Investigation and Report

USA v. Ishmael Henry

I, __Ishmael Henry__, hereby waive
(Name of Defendant)

my right to have the probation officers of the United States district courts conduct a presentence investigation for presentation to the sentencing court. This investigation and report which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form.

__8-22-00__
(Date)

_Y. Ishmael Henry_
(Signature of Defendant)

__8/17/00__
(Date)

_Martin ?. Bidwill_
(Defendant's Attorney)

Prob. 13C (10/76)

22