UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
DKTG
AUG 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6169-CR-Zloch   DATE 8-22-00
CLERK Carline Neesby   REPORTER Carl Schindler
PROBATION Tracey Webb   INTERPRETER

UNITED STATES OF AMERICA v. Ishmael Henry

U. S. ATTORNEY Bertha M. Tacme   DEFT COUNSEL Martin Bidwill

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Deft waived PSI - Ct 2 - Time Served - $100 assessment - 1 YRS Supervised Release - If deported shall not Re-enter

JUDGMENT or Remain in US w/e prior express permission of AG - Not - Report if deported - FPD appointed for appeal -

CASE CONTINUED TO _____ TIME _____ FOR _____

Ct 1 Dismissed upon mtn of

MISC Gov't -