AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BERTHA MITRANI; SPECIAL AGENT BRANDON H. LEE (305) 536-5781

# United States District Court

SOUTHERN DISTRICT OF FLORIDA  486517

UNITED STATES OF AMERICA

V.

Ishmael Henry

## WARRANT FOR ARREST

CASE NUMBER: 00-6169-CR-ZLOCH
MAGISTRATE JUDGE SELTZER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Ishmael Henry___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) False claim of citizenship and false statement in application for passport,

in violation of Title 18 United States Code, Section(s) 911 and 1542

Clarence Maddox
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-trial detention - requested

Clerk of the Court
Title of Issuing Officer

June 22, 2000, Fort Lauderdale, Florida
Date and Location

by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN | | | |
|---|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Boca Raton, FL | | | |
| DATE RECEIVED 6/22/00 | NAME AND TITLE OF ARRESTING OFFICER Edward Stubbs, Acting U.S. Marshal S/D FL | SIGNATURE OF ARRESTING OFFICER Barry Golden, ASDUSM | |
| DATE OF ARREST 7/10/00 | | | |